| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| |
| Robertson, Anschutz & Schneid, PL |
| 6409 Congress Avenue, Suite 100 |
| Boca Raton, FL 33487 |
| Telephone No.: 561-241-6901 |
| Attorneys for Secured Creditor |
| **Ocwen Loan Servicing LLC, servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE RELATING TO J.P. MORGAN MORTGAGE ACQUISITION CORP. 2005-FRE1 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-FRE1** |

Order Filed on October 4, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

**Steve T Taylor**
**Debtor,**
**Shirley A. Davis-Taylor**
**Joint Debtor**

Case No.: 17-21723-JKS

Chapter 13

Hearing Date:

Judge: John K. Sherwood

## ORDER VACATING STAY

The relief set forth on the following page, is hereby **ORDERED**.

**DATED: October 4, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor: **Steve T Taylor**
Joint Debtor: **Shirley A. Davis-Taylor**
Case No: 17-21723-JKS
Caption of Order: **ORDER VACATING STAY**

---

Upon the motion of under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for good cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute, or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property more fully described as: 229 Cherry Street, Roselle, NJ 07203.
- ☐ Personal Property more fully described as:

It is further ordered that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.