| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| Robertson, Anschutz & Schneid, PL<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487<br>Telephone No.: 561-241-6901<br>Attorneys for Secured Creditor<br>**Ocwen Loan Servicing LLC, servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE RELATING TO J.P. MORGAN MORTGAGE ACQUISITION CORP. 2005-FRE1 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-FRE1** |
| In Re:<br><br>**Steve T Taylor**<br>Debtor,<br>**Shirley A. Davis-Taylor**<br>Joint Debtor |

Order Filed on October 4, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-21723-JKS

Chapter 13

Hearing Date:

Judge: John K. Sherwood

## ORDER VACATING STAY

The relief set forth on the following page, is hereby **ORDERED**.

**DATED: October 4, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor: **Steve T Taylor**
Joint Debtor: **Shirley A. Davis-Taylor**
Case No: 17-21723-JKS
Caption of Order: **ORDER VACATING STAY**

---

Upon the motion of under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for good cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute, or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property more fully described as: 229 Cherry Street, Roselle, NJ 07203.
- ☐ Personal Property more fully described as:

It is further ordered that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Steve T Taylor  
Shirley A. Davis-Taylor  
    Debtors

Case No. 17-21723-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 04, 2018  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2018.  
db/jdb       +Steve T Taylor,    Shirley A. Davis-Taylor,    229 Cherry Street,    Roselle, NJ 07203-1912

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2018 at the address(es) listed below:

        Aleisha Candace Jennings    on behalf of Creditor    Ocwen Loan Servicing LLC, servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE RELATING TO J.P. MORGAN MORTGAGE ACQUISITION CORP. 2005-FRE1 ASSET BACKED PASS-THROUGH CERTIFICATES. SERIES 2005-FRE1 ajennings@rasflaw.com  
        Aleisha Candace Jennings    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ajennings@rasflaw.com  
        Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al ... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Harold N. Kaplan    on behalf of Creditor    US Bank National Association hkaplan@rasnj.com, informationathnk@aol.com  
        John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
        Kevin M. Buttery    on behalf of Creditor    US Bank National Association kevinbuttery@gmail.com  
        Kevin M. Buttery    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyefile@rasflaw.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Miriam Rosenblatt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com, mrosenblatt@rasflaw.com  
        Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al ... rsolarz@kmllawgroup.com  
        Russell L. Low    on behalf of Joint Debtor Shirley A. Davis-Taylor rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
        Russell L. Low    on behalf of Debtor Steve T Taylor rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
        Sindi Mncina    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION smncina@rascrane.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                          TOTAL: 14