Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  17−21723−JKS
        Chapter:  13
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steve T Taylor                                 Shirley A. Davis−Taylor
   229 Cherry Street                          229 Cherry Street
   Roselle, NJ 07203                        Roselle, NJ 07203

Social Security No.:
   xxx−xx−6139                                      xxx−xx−9396

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on December 19, 2018.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 19, 2018
JAN: zlh

                                                                              Jeanne Naughton
                                                                              Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                   Case No. 17-21723-JKS
Steve T Taylor                                                           Chapter 13
Shirley A. Davis-Taylor
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 3                  Date Rcvd: Dec 19, 2018
                              Form ID: 148                Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2018.
db/jdb         +Steve T Taylor,    Shirley A. Davis-Taylor,    229 Cherry Street,    Roselle, NJ 07203-1912
cr             +Ascension Capital Group Attn: North Fork Bank (ser,    PO Box 201347,    Arlington, TX 76006-1347
cr            ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
              (address filed with court:  Credit Acceptance Corporation,    25505 West 12 Mile Road,
                Southfield, MI  48034)
cr             +Ocwen Loan Servicing LLC, servicer for U.S. BANK,    6409 Congress Ave,    Suite 100,
                Boca Raton, FL 33487-2853
cr             +U.S. BANK NATIONAL ASSOCIATION,    Robertson Anschutz & Schneid, P.L.,
                6409 Congress Ave., Suite 100,    Boca Raton,, FL  33487,    UNITED STATES 33487-2853
cr             +US Bank National Association,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Ave.suite # 100,    Boca Raton, FL 33487-2853
516870764      +American Web Loan,    7150 East Camelback Road,    Suite 444,    Scottsdale, AZ 85251-1257
516870766      +Apothanker & Associates PC,    520 Fellowship Road C306,    Mount Laurel, NJ 08054-3410
516870767      +Atlantic Medical Group,    P.O Box 419101,    Boston, MA 02241-9101
516870768      +C N B,    900 BROAD ST,    NEWARK, NJ 07102-2611
516870769       CAPITAL ONE,    PO BOX 30285,    PO BOX 62180,    SALT LAKE CITY, UT 84130
516870775      +CREDIT ACCEPTANCE,    25505 WEST 12 MILE RD,    SUITE 3000,    SOUTHFIELD, MI 48034-8331
516870773      +Comcast Cable Communications LLC,    32 Lexington Ave,    Passaic, NJ 07055-5205
516870776      +EOS CCA,    P.O Box 981002,    Boston, MA 02298-1002
516870777      +ERC,    P.O Box 23870,    Jacksonville, FL 32241-3870
516870780      +Eyehealth Group of Springfield,    275 Route 22 East,    Springfield, NJ 07081-3554
516870785      +Jeteye Inc.,    Attn: Apex,    PO Box 5407,    Lancaster, PA 17606-5407
516870786      +LVNV Funding, LLC,    200 Meeting Street,    Suite 206,    Charleston, SC 29401-3187
516870787       Majestic Lake Financial. Inc,    635 East Highway 20, K,    Upper Lake, CA 95485
516870793      +NORTHFORK BK,    PO BOX 30273,    SALT LAKE CITY, UT 84130-0273
516878917      +North Fork Bank (serviced by Capital One Auto Fina,    Ascension Capital Group,
                P.O. Box 201347,    Arlington, TX 76006-1347
516870794      +OCWEN,    ATTENTION: BANKRUPTCY,    P.O. BOX 24738,    WEST PALM BEACH, FL 33416-4738
516870795      +Ocwen Loan Servicing,    PO Box 24646,    West Palm Beach, FL 33416-4646
516870797      +Overlook Medical Center,    PO Box 35611,    Newark, NJ 07193-5611
517112614      +PSE&G,    Attn: Bankruptcy,    PO Box 14444,    New Brunswick, NJ 08906-4444
516870799      +PSE&G,    PO Box 1023,    Cranford, NJ 07016-1023
517085353      +Razor Capital, LLC,    c/o Absolute Resolutions Corp.,    8000 Norman Center Dr.,    Ste. 350,
                Bloomington, MN 55437-1118
517737120      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517136421      +U.S. Bank National Association,    Ocwen Loan Servicing, LLC,    Attn: Cashiering Department,
                1661 Worthington Road, Suite 100,    West Palm Beach, FL 33409-6493
517729493      +US Bank National Association,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516870805      +VEHICLE ACCEP CORP,    P.O. BOX 191607,    DALLAS, TX 75219-8503
516870809      +ZZounds,    8 Thornton Road,    Oakland, NJ 07436-3116

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 20 2018 00:23:58      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 20 2018 00:23:55      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516870763      +EDI: ACBK.COM Dec 20 2018 04:48:00      AMERICAN CREDIT ACCEPTANCE,    961 E MAIN ST,
                SPARTANBURG, SC 29302-2185
516870765      +EDI: PHINAMERI.COM Dec 20 2018 04:43:00      AMERICREDIT/GM FINANCIAL,    PO BOX 183583,
                ARLINGTON, TX 76096-3583
516870771      +EDI: CAUT.COM Dec 20 2018 04:43:00      CHASE AUTO FINANCE,    NATIONAL BANKRUPTCY DEPT,
                201 N CENTRAL AVE MS AZ1-1191,    PHOENIX, AZ 85004-1071
516870772      +EDI: CBS7AVE Dec 20 2018 04:48:00      CNTRY DOOR,    ATTN:BANKRUPTCY,    PO BOX 2830,
                MONROE, WI 53566-8030
516970773       EDI: CAPITALONE.COM Dec 20 2018 04:43:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC  28272-1083
516870770      +EDI: MERRICKBANK.COM Dec 20 2018 04:43:00      Carson Smithfield, LLC,    P.O Box 9216,
                Old Bethpage, NY 11804-9016
516870774      +E-mail/Text: compliance@contractcallers.com Dec 20 2018 00:25:13      Contract Callers Inc.,
                PO Box 2207,    Augusta, GA 30903-2207
517133554      +EDI: AIS.COM Dec 20 2018 04:48:00      Directv, LLC,   by American InfoSource LP as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516870778      +E-mail/Text: bknotice@ercbpo.com Dec 20 2018 00:24:04      ERC/ENHANCED RECOVERY CORP,
                8014 BAYBERRY RD,    JACKSONVILLE, FL 32256-7412
516870781      +E-mail/Text: bankruptcy@fcnetwork.com Dec 20 2018 00:24:34      FINANCIAL CREDIT NET,
                ATTN: BANKRUPTCY DEPARTMENT,    PO BOX 3084,    VISALIA, CA 93278-3084
516870782      +EDI: BLUESTEM Dec 20 2018 04:48:00      FINGERHUT,    6250 RIDGEWOOD RD,
                ST CLOUD, MN 56303-0820
516870784       EDI: JEFFERSONCAP.COM Dec 20 2018 04:48:00      JEFFERSON CAPITAL SYSTEMS, LLC,    16 MCLELAND RD,
                SAINT CLOUD, MN 56303
```

```
District/off: 0312-2          User: admin               Page 2 of 3                   Date Rcvd: Dec 19, 2018
                              Form ID: 148              Total Noticed: 66

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517083460       EDI: JEFFERSONCAP.COM Dec 20 2018 04:48:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
516870783      +EDI: JEFFERSONCAP.COM Dec 20 2018 04:48:00      Jefferson Capital System, LLC,    P.O Box 17210,
                 Golden, CO 80402-6020
517070081       EDI: MERRICKBANK.COM Dec 20 2018 04:43:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
516870788      +EDI: MERRICKBANK.COM Dec 20 2018 04:43:00      MERRICK BANK/GEICO CARD,    PO BOX 23356,
                 PITTSBURG, PA 15222-6356
516870789      +EDI: CBS7AVE Dec 20 2018 04:48:00      MONTGOMERY WARD,   1112 7TH AVE,    MONROE, WI 53566-1364
516951556      +EDI: CBS7AVE Dec 20 2018 04:48:00      Montgomery Ward,   c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
516870791      +E-mail/PDF: bankruptcy@ncfsi.com Dec 20 2018 00:33:41      New Century Financial Services,
                 110 S. Jefferson Road, Suite 104,    Whippany, NJ 07981-1038
516870796      +Fax: 407-737-5634 Dec 20 2018 00:42:18      OCWEN LOAN SEVICING LLC,    ATTN: RESEARCH DEPT,
                 1661 WORTHINGTON RD    STE 100,    WEST PALM BEACH, FL 33409-6493
516870798       EDI: PRA.COM Dec 20 2018 04:43:00      PORTFOLIO RECOVERY,    PO BOX 41067,   NORFOLK, VA 23541
517088295       EDI: PRA.COM Dec 20 2018 04:43:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,   Norfolk VA 23541
516870800      +E-mail/Text: bankruptcy@ldf-holdings.com Dec 20 2018 00:24:48      Radiant Cash,    P.O Box 1183,
                 Lac Du Flambeau, WI 54538-1183
516870801      +EDI: DRIV.COM Dec 20 2018 04:48:00      SANTANDER CONSUMER USA,    PO BOX 961245,
                 FORT WORTH, TX 76161-0244
516870802      +EDI: CBS7AVE Dec 20 2018 04:48:00      SEVENTH AVENUE,    SEVENTH AVENUE, INC,    1112 7TH AVE,
                 MONROE, WI 53566-1364
516870803      +EDI: RMSC.COM Dec 20 2018 04:43:00      SYNCHRONY BANK/LOWES,    PO BOX 965064,
                 ORLANDO, FL 32896-5064
516951397      +EDI: DRIV.COM Dec 20 2018 04:48:00      Santander Consumer USA Inc.,    P.O. Box 560284,
                 Dallas, TX 75356-0284
516962933      +EDI: CBSMASON Dec 20 2018 04:43:00      Stoneberry,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
516870804      +EDI: WTRRNBANK.COM Dec 20 2018 04:43:00      TARGET,    C/O FINANCIAL & RETAIL SERVICES,
                 MAILSTOP BT PO BOX 9475,    MINNEAPOLIS, MN 55440-9475
516870806      +EDI: VERIZONCOMB.COM Dec 20 2018 04:43:00      VERIZON,    500 TECHNOLOGY DR,    SUITE 500,
                 WELDON SPRING, MO 63304-2225
516870807       EDI: VERIZONCOMB.COM Dec 20 2018 04:43:00      Verizon Wireless,    PO Box 408,
                 Newark, NJ 07101-0408
516870808      +EDI: WFFC.COM Dec 20 2018 04:48:00      Wells Fargo,    P.O Box 6995,    Portland, OR 97228-6995
                                                                                                TOTAL: 34

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +US Bank National Association,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave.suite # 100,    Boca Raton, FL 33487-2853
516870779*     +ERC/ENHANCED RECOVERY CORP,    8014 BAYBERRY RD,    JACKSONVILLE, FL 32256-7412
516870792*     +New Century Financial Services,    110 S. Jefferson Road, Suite 104,    Whippany, NJ 07981-1038
516870790    ##+Nationwide Credit, Inc,    2002 Summit Blvd,    Ste 600,    Atlanta, GA 30319-1559
                                                                                       TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 3 of 3           Date Rcvd: Dec 19, 2018
                              Form ID: 148             Total Noticed: 66
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2018 at the address(es) listed below:

```
          Aleisha Candace Jennings    on behalf of Creditor    Ocwen Loan Servicing LLC, servicer for U.S.
           BANK NATIONAL ASSOCIATION, AS TRUSTEE RELATING TO J.P. MORGAN MORTGAGE ACQUISITION CORP.
           2005-FRE1 ASSET BACKED PASS-THROUGH CERTIFICATES. SERIES 2005-FRE1 ajennings@rasflaw.com
          Aleisha Candace Jennings    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
           ajennings@rasflaw.com
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al ...
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Harold N. Kaplan    on behalf of Creditor    US Bank National Association hkaplan@rasnj.com,
           informationathnk@aol.com
          John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
           ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Kevin M. Buttery    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyefile@rasflaw.com
          Kevin M. Buttery    on behalf of Creditor    US Bank National Association kevinbuttery@gmail.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Miriam Rosenblatt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
           mrosenblatt@rasflaw.com
          Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al ...
           rsolarz@kmllawgroup.com
          Russell L. Low    on behalf of Joint Debtor Shirley A. Davis-Taylor rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          Russell L. Low    on behalf of Debtor Steve T Taylor rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          Sindi  Mncina    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 14
```